UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
July 13, 2009 3:07 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: EC /

James Norbert Napier,

    Plaintiff,

v.

The United States of America,

    Defendant.
_____/

Case No. 1:09-mc-74

Hon. Robert Holmes Bell

## ORDER REJECTING PLEADING

The Court has examined the following document(s) received June 30, 2009, and orders the Clerk to reject the Prosecution in the Nature of a Common Writ of Error with attachments and return them to James Norbert Napier for the reason(s) noted below:

Pursuant to this Court's Order dated February 24, 1995, in Case No. 1:94-cv-747, Mr. Napier has been enjoined from filing any civil action in this or any federal court of the United States without first obtaining leave of that court. In seeking leave to file, Mr. Napier must certify that the claim or claims he wishes to present are new claims never before raised and disposed of on the merits of any federal court. He must also certify that the claim or claims are not frivolous or taken in bad faith. Additionally, the motion for leave to file must be captioned "Application Pursuant to Court Order Seeking Leave to File". Mr. Napier must either cite or affix a copy of the Order dated February 24, 1995, to his motion.

Mr. Napier has failed to attach any such motion with his current submission of documents.

IT IS SO ORDERED.

Dated: July 13, 2009
kvt

_____
Robert Holmes Bell
United States District Judge

<For Court Use Only>

☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____
                                                                            Initials